DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

THE ESTATE OF HENRY L. HENDERSON, by and through LINDA JANE
HENDERSON, Personal Representative,

Appellant,

v.

EAST BAY NC, LLC; CLEAR CHOICE HEALTH CARE, LLC; and
MARGARET DALTON (as to EAST BAY REHABILITATION CENTER),

Appellees.

No. 2D22-3291
_____

February 16, 2024

Appeal from the Circuit Court for Pinellas County; David A. Demers,
Judge.

Lisa M. Tanaka of Wilkes & Associates, P.A., Tampa, for Appellant.

Scot E. Samis of Traub Lieberman Straus & Shrewsberry LLP, St.
Petersburg, for Appellees.

PER CURIAM.

        Affirmed.

NORTHCUTT, KELLY, and, BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.